Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 18−20545−SLM
           Chapter: 13
           Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Wilson
   27−29 Unity Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3212

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     9/4/18
Time:    02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Goldman & Beslow, LLC, Debtor's Attorney,

COMMISSION OR FEES
$3,730.05

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 14, 2018
JAN:

                                               Jeanne Naughton
                                               Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 18-20545-SLM
Grace Wilson                                                            Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin               Page 1 of 3            Date Rcvd: Aug 14, 2018
                             Form ID: 137              Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db             +Grace Wilson,    27-29 Unity Avenue,    Newark, NJ 07106-2606
517550759      +Aes/Nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517550760      +Aes/Nct,    Pob 61047,    Harrisburg, PA 17106-1047
517550761      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517550762      +Annie M. Tannis,    17 Morningside Circle,    Little Falls, NJ 07424-2312
517550765     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517550764      +Banco Popular c/o,    Frenkel Lambert Weiss Weisman & Gordon,     80 Main Street,   Suite 460,
                West Orange, NJ 07052-5414
517550768      +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517550770      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
517550771      +Citibank,    PO Box 6235,    Sioux Falls, SD 57117-6235
517657754      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517550772      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
517550778       DSNB Bank,    9111 Duke Blvd.,    Mason, OH 45040-8999
517550773      +Damiano Law Offices,    51 East Main Street,    Little Falls, NJ 07424-1646
517550774       Department Stores National Bank c/o,    Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
517550777      +Dress Barn Capital One,    PO Box 71106,    Charlotte, NC 28272-1106
517550779       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517550780      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
517550782      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517550781      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517550783      +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
517550784      +First Bank Puerto Rico,    Po Box 982238,    El Paso, TX 79998-2238
517550785      +Franklyn Tannis,    10 Netherwood Place,    Newark, NJ 07106-2906
517550791      +LVNV Funding LLC c/o,    Apothaker Scian, PC,    520 Fellowship Road,    Suite 306,
                Mount Laurel, NJ 08054-3410
517550788      +Lillian Zhang,    11 Walnut Street,    Livingston, NJ 07039-2507
517550789      +Lillian Zhang,    c/o Simeone & Raynor, LLC,    1522 Route 38,    Cherry Hill, NJ 08002-2216
517550792      +Macy’s American Express,    PO Box 790040,    Saint Louis, MO 63179-0040
517550793       Midland Funding,    c/o Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517642644      +Popular Bank,    PO Box 4960,    Miami Lakes, FL 33014-0960
517550798      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                Trenton, NJ 08602-0269
517550802     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                Cedar Rapids, IA 52409)
517550801      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517550804      +Toyota Financial Services,    c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                Westmont, NJ 08108-2812
517550803      +Toyota Financial Services,    Po Box 9786,    Cedar Rapids, IA 52409-0004
517655824      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517550805       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517550806      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
517617773       UNITED STATES DEPARTMENT OF EDUCATION,     CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517550807      +Us Dept Of Ed/Great Lakes Higher Educati,     Attn: Bankruptcy,   2401 Interanational Lane,
                Madison, WI 53704-3121
517550808      +Us Dept Of Ed/Great Lakes Higher Educati,     Po Box 7860,    Madison, WI 53707-7860
517550811      +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
517550809      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517550812     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606)
517550813       Wells Fargo Bank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517666215       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
517550814      +Wells Fargo/Bob’s Discount Furniture,    Po Box 10438,    Mac F8235-02f,
                Des Moines, IA 50306-0438
517550815       Wells Fargo/Bob’s Discount Furniture,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2018 23:43:49      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2018 23:43:46      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517550769      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2018 23:47:31      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517550776       E-mail/Text: mrdiscen@discover.com Aug 14 2018 23:42:42      Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
```

```
District/off: 0312-2           User: admin              Page 2 of 3                   Date Rcvd: Aug 14, 2018
                               Form ID: 137             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517550775       +E-mail/Text: mrdiscen@discover.com Aug 14 2018 23:42:42      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517550787        E-mail/Text: cio.bncmail@irs.gov Aug 14 2018 23:43:01      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
517550790        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2018 23:48:31      LVNV Funding LLC,
                 625 Pilot Road,    Suite 3,   Las Vegas, NV 89119-4485
517669605        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 00:05:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517550794       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2018 23:43:46      Midland Funding,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517550795        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2018 23:48:25
                 Portfolio Recovery Associates LLC,    PO Box 41067,    Norfolk, VA 23541
517635801        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2018 23:47:33
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517682126        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2018 23:47:34
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517558368        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2018 23:43:39
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517554032       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2018 23:47:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517550800        E-mail/Text: bankruptcy@td.com Aug 14 2018 23:43:51      Td Banknorth Maine,    32 Chestnut St,
                 Lewiston, ME 04240
517550799        E-mail/Text: bankruptcy@td.com Aug 14 2018 23:43:51      Td Banknorth Maine,
                 Td Bank/Attn: Bankruptcy,    Po Box 1190,    Lewiston, ME 04243
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517550766*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517550767*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
517663217*      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517550786*     +Franklyn Tannis,    10 Netherwood Place,    Newark, NJ 07106-2906
517550796*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates LLC,     POB 41067,    Norfolk, VA 23541)
517550810*     +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517550763     ##+Banco Popular,    9600 W Bryn Mawr Ave,    Des Plaines, IL 60018-5209
517550797     ##+Sears,   PO Box 20363,    Kansas City, MO 64195-0363
                                                                                           TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2          User: admin                Page 3 of 3              Date Rcvd: Aug 14, 2018
                              Form ID: 137               Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:

              Clifford B. Frish    on behalf of Debtor Grace  Wilson yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Grace  Wilson yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Grace  Wilson yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6