UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)

David G. Beslow, Esq.
Attorney for Debtor, Grace Wilson

In Re:

GRACE WILSON

Case No.: 18-20545

Judge: SLM

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for April 24, 2019, at 10:00 am.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I am completely current with my payments to the Chapter 13 Trustee. My case is confirmed with a 100 percent distribution to the creditor body. If my monthly payments must increase to address any higher claims, I will make a slightly higher payment starting in May, 2019.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: April 16, 2019

/S/ Grace Wilson
Debtor's Signature

Date: 4/16/19

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15