UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michele K. Jaspan, Esq. (mjaspan@chuhak.com)
CHUHAK & TECSON, P.C.
999 Riverview Drive, Suite 201
Totowa, New Jersey 07512-1165
(973) 406-5127
Attorneys for Popular Bank

Order Filed on May 17, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:
GRACE WILSON,
              Debtor.

Case No.: 18-20545
Judge: Stacey L. Meisel
Hearing Date(s): April 24, 2019
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

# ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: May 17, 2019

*/s/ Stacey L. Meisel/*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Applicant:                 Popular Bank

Applicant's Counsel:       Chuhak & Tecson, P.C.

Debtor's Counsel:          Goldman & Beslow, LLC

Property Involved ("Collateral"):     27 Unity Avenue, Newark, New Jersey 07106

Relief sought:
- ☒ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

The Parties having consensually resolved the Motion and for

~~For~~ good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.      Status of post-petition arrearages:

    ☒ The Debtor is overdue for __9__ months, from ____August____ to ____April____.

    ☒ The Debtor is overdue for __9__ payments at $ __1,450.31__ per month.

    ☒ The Debtor is assessed for __9__ late charges at $ __72.51__ per month.

    ☐ Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

    Total Arrearages Due $ ___13,705.43___ .

2.      Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $ __13,705.43__ . Payment shall be made no later than ___April 30, 2019___ .

    ☒ Beginning on ___May 1, 2019___, regular monthly mortgage payments shall continue to be made in the amount of $ __1,450.31__ .

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:  Chuhak & Tecson, P.C.
Attention: Paulina Garga-Chmiel, Esq.
30 South Wacker Drive, Suite 2600

Chicago, Illinois 60606

☒ Regular monthly payment:  Popular Bank

P.O. Box 4960

Miami Lakes, Florida 33014

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorneys fees of $ __500__ , and costs of $ __181__ .

    The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Secured Creditor within __7__ days.

    ☐ Attorneys' fees are not awarded.

*rev.8/1/15*