Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH  7, 2023

#### Chapter 13 Case # 18-20545

Re:   GRACE WILSON  
     27-29  UNITY AVENUE  
     NEWARK, NJ  07106

Atty:   GOLDMAN & BESLOW, LLC  
     ATTORNEYS AT LAW  
     7 GLENWOOD AVE, SUITE 311B  
     EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/03/2018 | $2,300.00 | 1148935 | 08/01/2018 | $2,000.00 | 1102175 |
| 08/03/2018 | $2,300.00 | 1159225 | 09/05/2018 | $2,476.00 | 1159259 |
| 10/02/2018 | $2,476.00 | 1159288 | 11/05/2018 | $2,476.00 | 1120774 |
| 12/04/2018 | $2,476.00 | 1159339 | 01/02/2019 | $2,476.00 | 1159364 |
| 02/05/2019 | $2,476.00 | 1159393 | 03/04/2019 | $2,476.00 | 1227412 |
| 04/03/2019 | $2,476.00 | 1227453 | 05/03/2019 | $2,476.00 | 1227492 |
| 06/06/2019 | $2,601.00 | 1227551 | 07/03/2019 | $2,601.00 | 1263304 |
| 08/06/2019 | $2,601.00 | 1263335 | 09/04/2019 | $2,632.73 | 1263364 |
| 10/07/2019 | $2,632.73 | 1263397 | 11/01/2019 | $2,632.73 | 1263423 |
| 12/03/2019 | $2,632.73 | 1263454 | 01/03/2020 | $2,632.73 | 1263475 |
| 02/04/2020 | $2,632.73 | 1263499 | 03/06/2020 | $2,632.73 | 1263542 |
| 04/06/2020 | $2,632.73 | 5508059 | 05/05/2020 | $2,632.73 | 1263590 |
| 06/10/2020 | $2,632.73 | 1343828 | 07/06/2020 | $2,632.73 | 1343861 |
| 08/04/2020 | $2,632.73 | 1343891 | 09/11/2020 | $2,632.73 | 1343903 |
| 10/06/2020 | $2,632.73 | 1343936 | 11/06/2020 | $2,632.73 | 1343964 |
| 12/09/2020 | $2,632.73 | 1344000 | 01/08/2021 | $2,632.73 | 1344052 |
| 02/03/2021 | $2,632.73 | 1344092 | 03/09/2021 | $2,632.73 | 1421725 |
| 04/06/2021 | $2,632.73 | 1421769 | 05/11/2021 | $2,632.73 | 1421804 |
| 06/08/2021 | $2,632.73 | 1421841 | 07/15/2021 | $2,632.73 | 1455833 |
| 08/05/2021 | $2,632.73 | 1421916 | 09/03/2021 | $2,632.73 | 1421957 |
| 10/06/2021 | $2,632.73 | 1421995 | 11/02/2021 | $2,632.73 | 1489540 |
| 12/02/2021 | $2,632.73 | 1489595 | 12/30/2021 | $2,632.73 | 1489626 |
| 02/02/2022 | $2,632.73 | 1489660 | 03/03/2022 | $2,632.73 | 1489703 |
| 04/04/2022 | $2,632.73 | 1489734 | 05/03/2022 | $2,632.73 | 1489760 |
| 06/03/2022 | $2,632.73 | 1489800 | 07/14/2022 | $2,632.73 | 1489828 |
| 08/02/2022 | $2,632.73 | 1489861 | 08/29/2022 | $2,632.73 | 1489897 |
| 09/28/2022 | $2,632.73 | 1489949 | 10/26/2022 | $2,632.73 | 1489982 |
| 11/29/2022 | $2,632.73 | 1582218 | 12/30/2022 | $2,632.73 | 1582249 |
| 01/31/2023 | $2,632.73 | 1582292 | 02/28/2023 | $2,632.73 | 1582333 |

**Total Receipts: $149,894.39  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $149,894.39**

Chapter 13 Case # 18-20545

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8,195.06 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 5,064.31 | 100.00% | 5,064.31 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/NCT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | ANNIE M. TANNIS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | POPULAR BANK | MORTGAGE ARRE | 76,854.96 | 100.00% | 76,854.96 | 0.00 |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CBUSASEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | CITICARDS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,181.32 | 100.00% | 789.65 | 391.67 |
| 0015 | DAMIANO LAW OFFICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | DRESS BARN CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | FIRST BANK PUERTO RICO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | FRANKLYN TANNIS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | LVNV FUNDING LLC C/O | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | LILLIAN ZHANG | SECURED | 32,263.77 | 100.00% | 32,263.77 | 0.00 |
| 0034 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | CITIBANK NA | UNSECURED | 160.92 | 100.00% | 107.56 | 53.36 |
| 0038 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | TD BANKNORTH MAINE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | THRIFT INVESTMENT CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 12,948.99 | 100.00% | 12,948.99 | 0.00 |
| 0049 | US DEPT OF ED/GREAT LAKES HIGHER E | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0051 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,228.50 | 100.00% | 2,158.07 | 1,070.43 |
| 0053 | WELLS FARGO BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0056 | WELLS FARGO BANK NA | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0059 | QUANTUM3 GROUP LLC | UNSECURED | 314.72 | 100.00% | 210.38 | 104.34 |
| 0060 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0061 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 701.62 | 100.00% | 469.00 | 232.62 |
| 0062 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,499.97 | 100.00% | 1,002.65 | 497.32 |
| 0064 | WELLS FARGO BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0065 | LVNV FUNDING LLC | UNSECURED | 3,027.84 | 100.00% | 2,023.93 | 1,003.91 |
| 0066 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,215.23 | 100.00% | 2,149.20 | 1,066.03 |
| 0067 | POPULAR BANK | (NEW) MTG Agree | 681.00 | 100.00% | 681.00 | 0.00 |

Total Paid: $144,918.53
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 10/17/2022 | $17.46 | 898904 | | 11/14/2022 | $30.04 | 900469 |
| | 01/09/2023 | $30.03 | 903534 | | 02/13/2023 | $30.03 | 905036 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 10/17/2022 | $128.20 | 899320 | | 10/17/2022 | $350.37 | 899320 |
| | 10/17/2022 | $76.14 | 899320 | | 11/14/2022 | $130.95 | 900900 |
| | 11/14/2022 | $602.57 | 900900 | | 11/14/2022 | $220.48 | 900900 |
| | 01/09/2023 | $220.48 | 903934 | | 01/09/2023 | $602.56 | 903934 |

**Chapter 13 Case # 18-20545**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/09/2023 | $130.95 | 903934 | | 02/13/2023 | $130.96 | 905471 |
| | 02/13/2023 | $602.57 | 905471 | | 02/13/2023 | $220.49 | 905471 |
| LILLIAN ZHANG | | | | | | | |
| | 08/20/2018 | $691.63 | 808223 | | 10/22/2018 | $1,251.93 | 812109 |
| | 12/17/2018 | $617.13 | 815927 | | 01/14/2019 | $617.13 | 817858 |
| | 02/11/2019 | $617.13 | 819745 | | 03/18/2019 | $617.13 | 821727 |
| | 04/15/2019 | $617.13 | 823749 | | 05/20/2019 | $1,245.39 | 825731 |
| | 07/15/2019 | $305.20 | 829578 | | 08/19/2019 | $655.43 | 831575 |
| | 09/16/2019 | $655.43 | 833577 | | 10/21/2019 | $680.71 | 835607 |
| | 11/18/2019 | $1,310.27 | 837677 | | 01/13/2020 | $655.14 | 841471 |
| | 02/10/2020 | $655.14 | 843364 | | 03/16/2020 | $655.14 | 845281 |
| | 04/20/2020 | $655.14 | 847221 | | 05/18/2020 | $621.97 | 849081 |
| | 06/15/2020 | $621.97 | 850772 | | 07/20/2020 | $639.24 | 852590 |
| | 08/17/2020 | $639.24 | 854450 | | 09/21/2020 | $639.24 | 856284 |
| | 10/19/2020 | $639.24 | 858147 | | 11/16/2020 | $639.24 | 859935 |
| | 12/21/2020 | $639.24 | 861769 | | 01/11/2021 | $639.24 | 863529 |
| | 02/22/2021 | $1,278.49 | 865270 | | 04/19/2021 | $639.24 | 868798 |
| | 05/17/2021 | $639.24 | 870688 | | 06/21/2021 | $649.61 | 872491 |
| | 07/19/2021 | $649.61 | 874269 | | 08/16/2021 | $649.61 | 875962 |
| | 09/20/2021 | $1,299.22 | 877713 | | 11/17/2021 | $656.52 | 881177 |
| | 12/13/2021 | $656.52 | 882799 | | 01/10/2022 | $656.52 | 884446 |
| | 02/14/2022 | $656.52 | 886151 | | 03/14/2022 | $656.52 | 887853 |
| | 04/18/2022 | $666.88 | 889591 | | 05/16/2022 | $666.88 | 891277 |
| | 06/20/2022 | $1,333.77 | 892977 | | 08/15/2022 | $666.88 | 896245 |
| | 09/19/2022 | $1,333.77 | 897855 | | 10/17/2022 | $287.15 | 899506 |
| LVNV FUNDING LLC | | | | | | | |
| | 10/17/2022 | $328.59 | 899514 | | 11/14/2022 | $565.12 | 901082 |
| | 01/09/2023 | $565.12 | 904128 | | 02/13/2023 | $565.10 | 905669 |

**Chapter 13 Case # 18-20545**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| POPULAR BANK | | | | | | | |
| | 08/20/2018 | $1,647.53 | 808423 | | 10/22/2018 | $2,982.20 | 812311 |
| | 12/17/2018 | $1,470.06 | 816128 | | 01/14/2019 | $1,470.06 | 818061 |
| | 02/11/2019 | $1,470.06 | 819964 | | 03/18/2019 | $1,470.06 | 821940 |
| | 04/15/2019 | $1,470.06 | 823965 | | 05/20/2019 | $2,966.61 | 825978 |
| | 07/15/2019 | $727.01 | 829802 | | 07/15/2019 | $8.00 | 829802 |
| | 08/19/2019 | $17.17 | 831816 | | 08/19/2019 | $1,561.30 | 831816 |
| | 09/16/2019 | $1,561.30 | 833811 | | 09/16/2019 | $17.17 | 833811 |
| | 10/21/2019 | $17.84 | 835858 | | 10/21/2019 | $1,621.50 | 835858 |
| | 11/18/2019 | $3,121.18 | 837918 | | 11/18/2019 | $34.33 | 837918 |
| | 01/13/2020 | $17.17 | 841710 | | 01/13/2020 | $1,560.59 | 841710 |
| | 02/10/2020 | $1,560.59 | 843583 | | 02/10/2020 | $17.17 | 843583 |
| | 03/16/2020 | $17.17 | 845511 | | 03/16/2020 | $1,560.59 | 845511 |
| | 04/20/2020 | $1,560.59 | 847455 | | 04/20/2020 | $17.17 | 847455 |
| | 05/18/2020 | $16.30 | 849277 | | 05/18/2020 | $1,481.57 | 849277 |
| | 06/15/2020 | $1,481.57 | 850967 | | 06/15/2020 | $16.30 | 850967 |
| | 07/20/2020 | $16.75 | 852799 | | 07/20/2020 | $1,522.73 | 852799 |
| | 08/17/2020 | $1,522.73 | 854649 | | 08/17/2020 | $16.75 | 854649 |
| | 09/21/2020 | $16.75 | 856496 | | 09/21/2020 | $1,522.73 | 856496 |
| | 10/19/2020 | $1,522.73 | 858348 | | 10/19/2020 | $16.75 | 858348 |
| | 11/16/2020 | $16.75 | 860129 | | 11/16/2020 | $1,522.73 | 860129 |
| | 12/21/2020 | $1,522.73 | 861975 | | 12/21/2020 | $16.75 | 861975 |
| | 01/11/2021 | $16.75 | 863685 | | 01/11/2021 | $1,522.73 | 863685 |
| | 02/22/2021 | $3,045.46 | 865490 | | 02/22/2021 | $33.50 | 865490 |
| | 04/19/2021 | $16.75 | 869014 | | 04/19/2021 | $1,522.73 | 869014 |
| | 05/17/2021 | $1,522.73 | 870877 | | 05/17/2021 | $16.75 | 870877 |
| | 06/21/2021 | $17.02 | 872693 | | 06/21/2021 | $1,547.42 | 872693 |
| | 07/19/2021 | $1,547.42 | 874451 | | 07/19/2021 | $17.02 | 874451 |
| | 08/16/2021 | $17.02 | 876158 | | 08/16/2021 | $1,547.42 | 876158 |
| | 09/20/2021 | $3,094.84 | 877919 | | 09/20/2021 | $34.04 | 877919 |
| | 11/17/2021 | $17.20 | 881360 | | 11/17/2021 | $1,563.88 | 881360 |
| | 12/13/2021 | $1,563.88 | 882989 | | 12/13/2021 | $17.20 | 882989 |
| | 01/10/2022 | $17.20 | 884641 | | 01/10/2022 | $1,563.88 | 884641 |
| | 02/14/2022 | $1,563.88 | 886355 | | 02/14/2022 | $17.20 | 886355 |
| | 03/14/2022 | $17.20 | 888051 | | 03/14/2022 | $1,563.88 | 888051 |
| | 04/18/2022 | $1,588.57 | 889788 | | 04/18/2022 | $17.48 | 889788 |
| | 05/16/2022 | $17.48 | 891465 | | 05/16/2022 | $1,588.57 | 891465 |
| | 06/20/2022 | $3,177.14 | 893180 | | 06/20/2022 | $34.95 | 893180 |
| | 08/15/2022 | $17.48 | 896428 | | 08/15/2022 | $1,588.57 | 896428 |
| | 09/19/2022 | $3,177.13 | 898054 | | 09/19/2022 | $34.95 | 898054 |
| | 10/17/2022 | $7.52 | 899699 | | 10/17/2022 | $684.02 | 899699 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/17/2022 | $348.93 | 8003103 | | 10/17/2022 | $162.78 | 8003103 |
| | 11/14/2022 | $279.96 | 8003148 | | 11/14/2022 | $600.09 | 8003148 |
| | 01/09/2023 | $600.09 | 8003257 | | 01/09/2023 | $279.95 | 8003257 |
| | 02/13/2023 | $279.96 | 8003309 | | 02/13/2023 | $600.09 | 8003309 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 10/17/2022 | $34.15 | 8003097 | | 11/14/2022 | $58.74 | 8003146 |
| | 01/09/2023 | $58.74 | 8003253 | | 02/13/2023 | $58.75 | 8003305 |

Chapter 13 Case # 18-20545

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 08/20/2018 | $277.59 | 808897 | | 10/22/2018 | $502.46 | 812774 |
| | 12/17/2018 | $247.68 | 816579 | | 01/14/2019 | $247.68 | 818507 |
| | 02/11/2019 | $247.68 | 820417 | | 03/18/2019 | $247.68 | 822447 |
| | 04/15/2019 | $247.68 | 824433 | | 05/20/2019 | $499.83 | 826481 |
| | 07/15/2019 | $122.49 | 830249 | | 08/19/2019 | $263.06 | 832313 |
| | 09/16/2019 | $263.06 | 834253 | | 10/21/2019 | $273.20 | 836364 |
| | 10/22/2019 | ($273.20) | 836364 | | 10/22/2019 | $273.20 | 836656 |
| | 11/18/2019 | $525.88 | 838369 | | 01/13/2020 | $262.94 | 842122 |
| | 02/10/2020 | $262.94 | 844002 | | 03/16/2020 | $262.94 | 845952 |
| | 04/20/2020 | $262.94 | 847913 | | 05/18/2020 | $249.62 | 849680 |
| | 06/15/2020 | $249.62 | 851364 | | 07/20/2020 | $256.56 | 853240 |
| | 08/17/2020 | $256.56 | 855050 | | 09/21/2020 | $256.56 | 856933 |
| | 10/19/2020 | $256.56 | 858760 | | 11/16/2020 | $256.56 | 860534 |
| | 12/21/2020 | $256.56 | 862428 | | 01/11/2021 | $256.56 | 864021 |
| | 02/22/2021 | $513.12 | 865960 | | 04/19/2021 | $256.56 | 869454 |
| | 05/17/2021 | $256.56 | 871246 | | 06/21/2021 | $260.72 | 873107 |
| | 07/19/2021 | $260.72 | 874823 | | 08/16/2021 | $260.72 | 876539 |
| | 09/20/2021 | $521.44 | 878322 | | 11/17/2021 | $263.49 | 881729 |
| | 12/13/2021 | $263.49 | 883370 | | 01/10/2022 | $263.49 | 885013 |
| | 02/14/2022 | $263.49 | 886742 | | 03/14/2022 | $263.49 | 888418 |
| | 04/18/2022 | $267.65 | 890184 | | 05/16/2022 | $267.65 | 891825 |
| | 06/20/2022 | $535.30 | 893576 | | 08/15/2022 | $267.65 | 896750 |
| | 09/19/2022 | $535.31 | 898425 | | 10/17/2022 | $115.25 | 900038 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: March 07, 2023.

Receipts: $149,894.39    -    Paid to Claims: $131,659.16    -    Admin Costs Paid: $13,259.37    =    Funds on Hand: $4,975.86

Unpaid Balance to Claims: $4,419.68    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($556.18)

**NOTE:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.