UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michele K. Jaspan, Esq
CHUHAK & TECSON, P.C.
Attorneys for Popular Bank
999 RiverviewDrive, Suite 201
Totowa, New Jersey 07512-1165

In Re:

GRACE WILSON,

Debtor.

Case No.:    18-20545 (SLM)

Chapter:    13

Judge:    Stacey L. Meisel

## CREDITOR'S CERTIFICATION OF DEFAULT

RAFAEL E. RIVERA DAVILA certifies as follows:

1. I am a MORTGAGE TECHNICIAN for Popular Bank, a secured creditor of the debtor.

2. On May 17, 2019, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

   X   By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

   ☐ Other _____.

4.  This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5.  I certify under penalty of perjury that the above is true.

Date: 3/27/23

Signature

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michele K. Jaspan, Esq. (mjaspan@chuhak.com)
CHUHAK & TECSON, P.C.
999 Riverview Drive, Suite 201
Totowa, New Jersey 07512-1165
(973) 406-5127
Attorneys for Popular Bank

Order Filed on May 17, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:
GRACE WILSON,
                Debtor.

Case No.: 18-20545
Judge: Stacey L. Meisel
Hearing Date(s): April 24, 2019
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: May 17, 2019

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Popular Bank |
| Applicant's Counsel: | Chuhak & Tecson, P.C. |
| Debtor's Counsel: | Goldman & Beslow, LLC |
| Property Involved ("Collateral"): | 27 Unity Avenue, Newark, New Jersey 07106 |

Relief sought:   ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

The Parties having consensually resolved the Motion and for

~~For~~ good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒  The Debtor is overdue for __9__ months, from ____August____ to ____April____.

    ☒  The Debtor is overdue for __9__ payments at $__1,450.31__ per month.

    ☒  The Debtor is assessed for __9__ late charges at $__72.51__ per month.

    ☐  Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $____13,705.43____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒  Immediate payment shall be made in the amount of $__13,705.43__. Payment shall be made no later than ____April 30, 2019____.

    ☒  Beginning on ____May 1, 2019____, regular monthly mortgage payments shall continue to be made in the amount of $__1,450.31__.

    ☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:  Chuhak & Tecson, P.C.
Attention: Paulina Garga-Chmiel, Esq.
30 South Wacker Drive, Suite 2600

Chicago, Illinois 60606

☒ Regular monthly payment:  Popular Bank

P.O. Box 4960

Miami Lakes, Florida 33014

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorneys fees of $_____500_____, and costs of $_____181_____.

    The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Secured Creditor within _____7_____ days.

    ☐ Attorneys' fees are not awarded.

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michele K. Jaspan, Esq
CHUHAK & TECSON, P.C.
Attorneys for Popular Bank
999 RiverviewDrive, Suite 201
Totowa, New Jersey 07512-1165

In Re:

GRACE WILSON,

Debtor.

Case No.: 18-20545 (SLM)
Chapter: 13
Hearing Date:
Judge: Hon. Stacey L. Meisel

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### ( NOTE AND MORTGAGE DATED December 6, 2007 )

RAFAEL RIVERA DAVILA, employed as MORTGAGE TECHNICIAN by Popular Bank, hereby certifies the following:

Recorded on January 7, 2008, in Essex County, in Book 12110 at Page 2473

Property Address: 27 Unity Avenue, Newark, NJ 07106

Mortgage Holder: Popular Bank

Mortgagor(s)/ Debtor(s): Grace Wilson

POST-PETITION PAYMENTS (Petition filed on May 25, 2018 )

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $ 1,450.31 | 3/1/2023 | | $ 0.00 | | |
| 2. $ 1,450.31 | 2/1/2023 | | $ 0.00 | | |
| 3. $ 1,450.31 | 1/1/2023 | | $ 0.00 | | |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. $ 1,450.31 | 12/1/2022 | | $ 0.00 | | |
| 5. $ 1,450.31 | 11/1/2022 | | $ 0.00 | | |
| 6. $ 1,450.31 | 10/1/2022 | | $ 0.00 | | |
| 7. $ 1,450.31 | 9/1/2022 | | $ 0.00 | | |
| 8. $ 1,450.31 | 8/1/2022 | | $ 0.00 | | |
| 9. $ 1,450.31 | 7/1/2022 | | $ 0.00 | | |
| 10. $ 1,450.31 | 6/1/2022 | | $ 0.00 | | |
| TOTAL: $ 14,503.10 | | | $ 0.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: __46__ mos. 1,450.31
(Monthly payment + late charge) = $ __66,714.26__ as of __3/28/2023__ .

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal | $ 1,450.31 |
| Interest | $ |
| R.E. Taxes: | $ |
| Insurance: | $ |
| Late Charge: | $ |
| Other: | $ _____ (Specify: _____ ) |
| TOTAL | $ 1,450.31 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): _____

Pre-petition arrears: __February 2014__ to __May 2018__ ( __52__ mos. x $ __1,450.31__ /mo. = $ __75,416.12__ )

I certify under penalty of perjury that the above is true.

Date: __March 28, 2023__                                   _____
                                                            Signature

rev.8/1/15

2