| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Michele K. Jaspan, Esq.<br>CHUHAK & TECSON, P.C.<br>Attorneys for Popular Bank<br>999 Riverview Drive, Suite 201<br>Totowa, New Jersey 07512-1165 | Case No.: | 18-20545 (SLM) |
| | Chapter: | 13 |
| In Re:<br><br>GRACE WILSON,<br><br>                                         Debtor. | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, __Michael Moskowitz__ :

   ☒ represent __Popular Bank__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 29, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Creditor's Certification of Default [ECF Doc. No. 62] and Response to Notice of Final Cure Payment.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 31, 2023

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Grace Wilson<br>27-29 Unity Avenue<br>Newark, New Jersey 07106 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Goldman, Esq.<br>Goldman & Beslow, LLC<br>7 Glenwood Ave Ste 311B<br>East Orange, New Jersey 07017 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2