UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michele K. Jaspan, Esq.
CHUHAK & TECSON, P.C.
Attorneys for Popular Bank
999 Riverview Drive, Suite 201
Totowa, New Jersey 07512-1165

In Re:

GRACE WILSON,

                                        Debtor.

Case No.:        18-20545 (SLM)

Chapter:              13

Adv. No.:

Hearing Date:

Judge:           Stacey L. Meisel

## CERTIFICATION OF SERVICE

1.  I, _____ Jennifer Guttenplan _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Chuhak & Tecson, P.C. _____, who represents
    _____ Popular Bank _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ April 25, 2023 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Order Vacating Stay [ECF Doc. No. 68]

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ April 25, 2023 _____

                                        _____
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Grace Wilson<br>27-29 Unity Avenue<br>Newark, New Jersey 07106 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Goldman, Esq.<br>Goldman & Beslow, LLC<br>7 Glenwood Ave Ste 311B<br>East Orange, New Jersey 07017 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, New Jersey 08108 | Attorneys for Toyota Motor Credit Corporation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |