UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

Order Filed on July 28, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Grace Wilson

Case No.: 18-20545

Adv. No.:

Hearing Date: July 26, 2023 @ 10:00 a.m.

Judge: SLM

## ORDER TO TURNOVER FUNDS

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: July 28, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been brought before the Court by Marie-Ann Greenberg, Standing Trustee, on a Notice of Motion for an Order to Turnover Funds; and finding that good and sufficient notice having been given; and upon consideration of the pleadings filed in this matter and argument of counsel; it is hereby

**ORDERED** that Department Stores National Bank turnover the sum of $3,228.50 directly to Marie-Ann Greenberg, Standing Trustee, located at 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004.

**ORDERED** that Department Stores National Bank pay the amount of $500.00 in fees relating to the Trustee bringing this action.