UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

In Re:

Grace Wilson

Order Filed on July 28, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-20545

Adv. No.:

Hearing Date: July 26, 2023 @ 10:00 a.m.

Judge: SLM

## ORDER TO TURNOVER FUNDS

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED:** July 28, 2023

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been brought before the Court by Marie-Ann Greenberg, Standing Trustee, on a Notice of Motion for an Order to Turnover Funds; and finding that good and sufficient notice having been given; and upon consideration of the pleadings filed in this matter and argument of counsel; it is hereby

**ORDERED** that Department Stores National Bank turnover the sum of $3,228.50 directly to Marie-Ann Greenberg, Standing Trustee, located at 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004.

**ORDERED** that Department Stores National Bank pay the amount of $500.00 in fees relating to the Trustee bringing this action.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                           Case No. 18-20545-SLM
Grace Wilson                                                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                           User: admin                                         Page 1 of 2
Date Rcvd: Jul 28, 2023                         Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

**Recip ID              Recipient Name and Address**
db                   +  Grace Wilson, 27-29 Unity Avenue, Newark, NJ 07106-2606

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023                                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clifford B. Frish | on behalf of Debtor Grace Wilson yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Debtor Grace Wilson yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Mark Goldman
    on behalf of Debtor Grace Wilson yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Michele K. Jaspan
    on behalf of Creditor Popular Bank f/k/a Banco Popular North America mjaspan@chuhak.com  jguttenplan@chuhak.com

Richard E. Weltman
    on behalf of Creditor Popular Bank f/k/a Banco Popular North America rew@frblaw.com
    mlm@frblaw.com;mjaspan@frblaw.com;mguseynov@frblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9