| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550<br>(973) 227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 29, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Grace Wilson | Case No.:  18-20545<br><br>Hearing Date:  8/23/2023<br><br>Judge:  Stacey L. Meisel |

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 29, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Grace Wilson

Case No.  18-20545

Caption of Order: **ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

---

THIS MATTER having come before the Court on a Motion for Redaction on 8/23/2023 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Trustee's Motion for an order directing redaction of personal information is granted; and it is further

ORDERED, that the Clerk's Office shall prohibit Exhibit A filed on 6/13/2023 at docket# 71 from public view.