**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

Order Filed on September 21, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Grace Wilson

Case No.: 18-20545

Adv. No.:

Hearing Date: July 26, 2023 @ 10:00 a.m.

Judge: SLM

# AMENDED ORDER TO TURNOVER FUNDS

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: September 21, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been brought before the Court by Marie-Ann Greenberg, Standing Trustee, on a Notice of Motion for an Order to Turnover Funds; and finding that good and sufficient notice having been given; and upon consideration of the pleadings filed in this matter and argument of counsel; it is hereby

**ORDERED** that Department Stores National Bank turnover the sum of $3,228.50 directly to Marie-Ann Greenberg, Standing Trustee, located at 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-20545-SLM |
| Grace Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

**Recip ID     Recipient Name and Address**
db     + Grace Wilson, 27-29 Unity Avenue, Newark, NJ 07106-2606

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Clifford B. Frish
    on behalf of Debtor Grace Wilson yrodriguez@goldmanlaw.org
    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow
    on behalf of Debtor Grace Wilson yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Mark Goldman
    on behalf of Debtor Grace Wilson yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Michele K. Jaspan
    on behalf of Creditor Popular Bank f/k/a Banco Popular North America mjaspan@chuhak.com
    jguttenplan@chuhak.com;mguseynov@chuhak.com

Richard E. Weltman
    on behalf of Creditor Popular Bank f/k/a Banco Popular North America rew@frblaw.com
    mlm@frblaw.com;mjaspan@frblaw.com;mguseynov@frblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9